UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANGEL L. CINTRON,

    Plaintiff,

v.      Case No. 21-C-417

DAVID LANG, et al.,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff Angel L. Cintron filed this action against Defendants David Lang, Michael S. Winter, Veronica Garcia, Jeremy Charles, and DeLos Santos Law Offices on April 1, 2021. On May 3, 2021, Magistrate Judge Nancy Joseph screened the complaint and filed a Report and Recommendation. In that Report and Recommendation, the Magistrate Judge recommends that the complaint be dismissed for lack of subject matter jurisdiction. Plaintiff has not filed an objection to this recommendation. After careful consideration of the Report and Recommendation as well as the record as a whole, the Court adopts the Report and Recommendation of the Magistrate Judge and orders the case dismissed. The Clerk is directed to enter judgment forthwith.

**SO ORDERED** at Green Bay, Wisconsin this 20th day of May, 2021.

                                            s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Judge